RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR.,<br><br>    Plaintiff/Petitioner,<br><br>v.<br><br>RAYMOND C. GIVENS,<br><br>    Defendant/Respondent. | |

Case No. 2:23-cv-00002-HRH

## NOTICE OF SERVICE

Defendant/Respondent Raymond C. Givens, by his undersigned counsel, hereby gives notice of service of the Declaration of Russell L. Winner, dated May 24, 2023, and

filed under seal on May 25, 2023,[1] along with Exhibit A thereto, also filed under seal,[2] by email on Rachel Lauesen, attorney for Plaintiff/Petitioner Leroy Oenga, Jr., on May 26, 2023.

DATED: June 1, 2023.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Defendant/Respondent
Raymond C. Givens

By: /s/ Russell L. Winner
Russell L. Winner
Alaska Bar No. 7811179

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

/s/ Russell L. Winner
Russell L. Winner

---

[1] Docket No. 4 (Sealed).

[2] Docket No. 4-1 (Sealed).

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH