RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR., <br><br>    Plaintiff/Petitioner, <br><br>v. <br><br>RAYMOND C. GIVENS, <br><br>    Defendant/Respondent. | Case No. 2:23-cv-00002-HRH |

**NOTICE OF FILING**

Defendant/Respondent Raymond C. Givens, by his undersigned counsel, hereby gives notice, pursuant to the Court's *Order to Petitioner Subsequent to Removal*,[1] that a

---

[1] Docket No. 5.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH      Page 1 of 2

Case 2:23-cv-00002-HRH    Document 15    Filed 06/14/23    Page 1 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

complete set of all documents in *Leory Oenga, Jr. v. Raymond Givens,* Superior Court for the State of Alaska, Second Judicial District at Utqiagvik, Case No. 2BA-23-00111 CI, is being filed as Exhibit A to the accompanying Declaration of Russell L. Winner.[2] A complete list of documents filed in the Superior Court is attached as Exhibit B to the accompanying declaration. The declaration and its exhibits are filed herein under seal because before removal the Superior Court entered an order that the entire case file shall be confidential.

DATED: June 14, 2023.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Respondent Raymond C. Givens

        By: */s/ Russell L. Winner*
            Russell L. Winner
            Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

        */s/ Russell L. Winner*
        Russell L. Winner

---

[2] A partial set of such documents, consisting only of the substantive pleadings and orders as of May 25, 2023, was earlier filed by Givens with this Court. Docket No. 4-1. For the convenience of the Court and counsel, a complete set of all documents in the Superior Court is filed herewith.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH         Page 2 of 2