RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR.,<br><br>    Plaintiff/Petitioner,<br><br>  v.<br><br>RAYMOND C. GIVENS,<br><br>    Defendant/Respondent. | Case No. 2:23-cv-00002-HRH |

**MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

Defendant/Respondent Raymond C. Givens, by his undersigned counsel, hereby moves, pursuant to Local Rule 7.3(f), for leave to file under seal the accompanying Declaration of Russell L. Winner, with Exhibits A and Exhibit B attached thereto.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH      Page 1 of 2

Case 2:23-cv-00002-HRH   Document 16   Filed 06/14/23   Page 1 of 2

DATED: June 14, 2023.

        RUSSELL L. WINNER
        WINNER & ASSOCIATES, P.C.
        Attorneys for Respondent Raymond C. Givens

By:   */s/ Russell L. Winner*
       Russell L. Winner
       Alaska Bar No. 7811179

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

      */s/ Russell L. Winner*
      Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH         Page 2 of 2

Case 2:23-cv-00002-HRH    Document 16    Filed 06/14/23    Page 2 of 2