IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEROY OENGA, JR. | v. | RAYMOND C. GIVENS |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 2:23-cv-0002-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Defendant/respondent Raymond C. Givens has filed a motion for leave to file under seal[1] the declaration of Russell L. Winner, dated June 14, 2023, with Exhibits A and B attached thereto.[2]  The motion to file under seal is granted.

---

[1] Docket No. 16.

[2] See Docket No. 17 (Sealed).

Order from Chambers – Motion to File under Seal — - 1 -