RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

LEROY OENGA, JR.,

      Plaintiff/Petitioner,

    v.

RAYMOND C. GIVENS,

      Defendant/Respondent.

Case No. 2:23-cv-00002-HRH

**NOTICE TO COURT RE: GIVENS' RESPONSE TO OENGA'S
OPPOSITION TO REMOVAL AND MOTION TO REMAND**

     Defendant/Respondent Raymond C. Givens filed a notice of removal of this

action, pursuant to 28 U.S.C. § 1441(b) and (c).[1] Petitioner Leroy Oenga, Jr., has filed a

---

[1] Docket No. 1.

document titled *Opposition to Removal and Motion to Remand.*[2] Because a notice of removal is not a motion, and because the removal was effective upon filing the notice, an "opposition" to removal is an inappropriate pleading. However, Oenga is entitled, of course, to file a motion to remand.

Accordingly, Givens will not file today a *reply* to Oenga's "opposition" to removal, under Local Rule 7.2(b)(2). Instead, Givens will file his *opposition* to Oenga's motion to remand within fourteen days of it having been filed, under Local Rule 7.2(b)(1).

DATED: June 15, 2023.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Respondent Raymond C. Givens

By:   */s/ Russell L. Winner*
     Russell L. Winner
     Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

---

[2] Docket No. 14.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH
Page 2 of 2

left
Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522