RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR., <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> RAYMOND C. GIVENS, <br><br> Defendant/Respondent. | |
| | Case No. 2:23-cv-00002-HRH |

## NOTICE OF SERVICE

Defendant/Respondent Raymond C. Givens, by his undersigned counsel, hereby

gives notice of service of the Declaration of Russell L. Winner, dated June 14, 2023, and

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH                                              Page 1 of 2

Case 2:23-cv-00002-HRH   Document 20   Filed 06/16/23   Page 1 of 2

filed under seal on June 14, 2023,[1] along with Exhibit A[2] and Exhibit B[3] thereto, also filed under seal, by email on Rachel Lauesen, attorney for Plaintiff/Petitioner Leroy Oenga, Jr., on June 15, 2023.

DATED: June 16, 2023.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Defendant/Respondent
Raymond C. Givens

By: */s/ Russell L. Winner*
Russell L. Winner
Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

---

[1] Docket No. 17 (Sealed).

[2] Docket No. 17-1 (Sealed).

[3] Docket No. 17-2 (Sealed).

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH    Page 2 of 2

Case 2:23-cv-00002-HRH    Document 20    Filed 06/16/23    Page 2 of 2

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522