RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR., <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> RAYMOND C. GIVENS, <br><br> Defendant/Respondent. | Case No. 2:23-cv-00002-HRH |

**REQUEST FOR STATUS CONFERENCE**

Defendant/Respondent Raymond C. Givens, by his undersigned counsel, hereby requests that the Court schedule a status conference in this case.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH        Page 1 of 3

Case 2:23-cv-00002-HRH   Document 25   Filed 07/03/23   Page 1 of 3

In his latest court filing,[1] Plaintiff/Petitioner Leroy Oenga, Jr., stated his willingness that the Court lift the stay in *Raymond C. Givens v. Leroy Oenga, Jr.*, United States District Court for the District of Alaska, Case No. 3:21-cv-00008-HRH ("Givens' Fee Action"), to allow Oenga to file there his challenge to the fee arbitration panel's Decision and Order. Oenga stated that this would allow the parties to stipulate to the dismissal of the petition that Oenga filed in state court, which petition was removed in this action.[2] In that way, all Oenga's challenges to the panel's Decision and Order would be decided in one place by this Court in Givens' Fee Action. As Oenga noted,[3] this would avoid the risk of piecemeal and potentially inconsistent rulings in multiple actions.

The approach proposed by Oenga would be acceptable to Givens, as it respects his choice of forum in the initial filing of Givens' Fee Action. Givens concurs with Oenga that the Court in Givens' Fee Action, sitting in diversity, would have jurisdiction to decide Oenga's challenge to the panel's Decision and Order.[4]

---

[1] Docket No. 24, at 5.

[2] Docket No. 17-1, at 4 (Sealed).

[3] Docket No. 24, at 5.

[4] *Id.*, at 4-5.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH       Page 2 of 3

Case 2:23-cv-00002-HRH    Document 25    Filed 07/03/23    Page 2 of 3

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

If the Court agrees, a status conference would be useful to discuss the procedural steps to be taken by the parties in Givens' Fee Action and in this action to accomplish that result.

DATED: July 3, 2023.

RUSSELL L. WINNER
WINNER & ASSOCIATES, P.C.
Attorneys for Respondent Raymond C. Givens

By: */s/ Russell L. Winner*
　　Russell L. Winner
　　Alaska Bar No. 7811179

### Certificate of Service

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

*/s/ Russell L. Winner*
Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 3

Case 2:23-cv-00002-HRH　　Document 25　　Filed 07/03/23　　Page 3 of 3