RUSSELL L. WINNER, ABA 7811149
WINNER & ASSOCIATES, P.C.
900 W. 5th Avenue, Suite 700
Anchorage, AK 99501
Telephone: (907) 277-9522
Facsimile: (907) 277-4510
Email: rwinner@winnerlaw.com
Attorneys for Defendant/Respondent Raymond C. Givens

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR.,<br><br>    Plaintiff/Petitioner,<br><br>    v.<br><br>RAYMOND C. GIVENS,<br><br>    Defendant/Respondent. | Case No. 2:23-cv-00002-HRH |

**NOTICE OF UNAVAILABILITY**

Russell L. Winner, the undersigned attorney for Defendant/Respondent Raymond C. Givens, hereby gives notice that he will be out of Alaska from July 17 through July 28, 2023. The undersigned respectfully requests that the Court not schedule any hearings, and that Plaintiff/Petitioner Leroy Oenga, Jr., not file any motions that would require the response of the undersigned, during the time of his unavailability.

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH     Page 1 of 2

Case 2:23-cv-00002-HRH    Document 27    Filed 07/07/23    Page 1 of 2

DATED: July 7, 2023.

                RUSSELL L. WINNER
                WINNER & ASSOCIATES, P.C.
                Attorneys for Respondent Raymond C. Givens

                By:   */s/ Russell L. Winner*
                      Russell L. Winner
                      Alaska Bar No. 7811179

**Certificate of Service**

I hereby certify that a copy of the foregoing document was served electronically on the attorneys of record through the Court's CM/ECF System.

                */s/ Russell L. Winner*
                Russell L. Winner

Law Offices of
**WINNER & ASSOCIATES, P.C.**
900 WEST FIFTH AVENUE, SUITE 700
ANCHORAGE, ALASKA, 99501-2029
(907) 277-9522

*Leroy Oenga, Jr. v. Raymond C. Givens,*
U.S. District Court for the District of Alaska,
Case No. 2:23-cv-00002-HRH         Page 2 of 2

Case 2:23-cv-00002-HRH    Document 27    Filed 07/07/23    Page 2 of 2