IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEROY OENGA, JR., <br><br> Plaintiff, <br><br> vs. <br><br> RAYMOND C. GIVENS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 2:23-cv-0002-HRH |

O R D E R

Case Status

Pending before the court are three, closely interrelated cases:

- Givens v. Oenga, Jr., No. 3:21-cv-0008-HRH (herein the **"-008 case"**)

- Givens v. Delia, No. 3:23-cv-0121-HRH (herein the **"-121 case"**)

- Oenga, Jr. v. Givens, No. 2:23-cv-0002-HRH (herein the **"-002 case"**)

This order is being entered in each of the three above cases.

In the -008 and -121 cases, Givens seeks to enforce the same attorney fee contract between Givens and Leroy Oenga, Sr. (now deceased), against Oenga, Jr., and Delia, who are both heirs of Oenga, Sr. This court, having determined that Givens had engaged in the practice of law in Alaska, required Givens to comply with Rule 39 of the Alaska Bar

Rules, which led to an arbitration panel decision in Givens' favor. Oenga, Jr., petitioned the Alaska Superior Court at Utqiagvik for vacatur of the panel decision. Givens removed the superior court case to this court, where it became the -002 case.

By case status order of July 18, 2023,[1] the court made a proposal with respect to the organization of all three cases. The court requested counsel to confer and respond, which they have now done.[2]

All parties have agreed that the -008 and -121 cases should be consolidated. The court will shortly enter an order consolidating these cases and making provision for a scheduling and planning conference of counsel as well as a further conference with the court if requested.

With respect to the -002 case, the court proposed that Oenga, Jr.'s motion for remand[3] be withdrawn, and that the -002 and -008 cases also be consolidated so that they could be jointly managed. In his August 15, 2023, status report,[4] Oenga, Jr., "does not agree to withdraw his Motion for Remand[.]"[5] Unlike the -008 and -121 cases, the issues presented by the -002 case and the -008 case are quite different. In the -002 case, Oenga, Jr., seeks the vacatur of an arbitration decision, and the -008 case seeks the enforcement of an attorney fee contract. While it is the court's view that – with careful planning – the -008 and -002 cases could be efficiently managed jointly, the court is unwilling to impose

---

[1]Docket No. 28 in the -002 case and Docket No. 14 in the -121 case.

[2]Givens and Oenga, Jr., have filed responses in the -002 case, Docket Nos. 29 and 30. In the -121 case, Delia and Givens have responded, Docket No. 17 and 18.

[3]Docket No. 14 in the -002 case.

[4]Docket No. 29 in the -002 case.

[5]Id. at 2.

Order – Case Status - 2 -

the consolidation of the -002 and -008 cases on the parties absent the complete, unqualified, joinder of all parties.

Oenga, Jr.'s motion to remand[6] is taken under advisement and will be ruled upon shortly.

DATED at Anchorage, Alaska, this  23rd  day of August, 2023.

/s/ H. Russel Holland
United States District Judge

---

[6]Docket No. 14.

Order – Case Status - 3 -